# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RANKO DAMJANAC, MARIJA DAMJANAC,

    Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

Case No. 2:06-CV-1211-KJD-GWF

**ORDER**

    On September 29, 2006, Plaintiffs filed a Petition for Hearings on a Naturalization Application pursuant to 8 U.S.C. § 1447(b), and Complaint for Writ in the Nature of Mandamus (#1) with this Court.  On February 2, 2007, the Court granted the Parties' Stipulated Motion for Partial Remand to the United States Citizenship and Immigration Services ("CIS") (#13), and Plaintiff Marija Damjanac was naturalized on February 2, 2007.   On May 7, 2007, Defendants filed the immediate Motion to Remand (#17), seeking to have the matter remanded to CIS for final adjudication of Plaintiff Ranko Damjanac's  N-400 Application for Naturalization.

    The Court, having reviewed the Motion and the attached Approved Application for Naturalization, hereby **GRANTS** Defendants' Motion for Remand (# 17).

1     **IT IS FURTHER ORDERED** that the matter is remanded to CIS for final adjudication of
2 Plaintiff Ranko Damjanac's N-400 Application for Naturalization, and for scheduling the date of
3 Plaintiff's naturalization ceremony.
4     DATED this 8th day of May 2007.

_____
Kent J. Dawson
United States District Judge